**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-02122- RPM

SAIPHIN CHAMROON,
NITAYA DENNIS,
DAWN PATTI

      Plaintiffs,

v.

PEAK MEDICAL COLORADO NO.3, INC., a Delaware Corporation, d/b/a BEAR CREEK
NURSING AND REHABILITATION CENTER,

SUN HEALTHCARE GROUP, INC., a Delaware Corporation

SUNBRIDGE HEALTHCARE CORPORATION, a New Mexico Corporation,

      Defendants.

**ORDER RE:  DEFENDANTS' JOINT MOTION TO AMEND
SCHEDULING ORDER**

      Upon consideration of Plaintiffs' Saiphin Chamroon, Nitaya Dennis and Dawn Patti, and Defendants Peak Medical Colorado No. 3, Inc., d/b/a Bear Creek Nursing and Rehabilitation Center, Sun Healthcare Group, Inc., and SunBridge Healthcare Corporation's Joint Motion to Amend Scheduling Order [19], filed on August 25, 2009, it is.

      ORDERED that the motion is granted.  Section Seven of the Court's January 29, 2009 scheduling order is hereby amended to include the following deadlines:

2

Discovery cutoff:  November 13, 2009;

Interrogatories, Requests for Production and Requests for Admission schedule: must be served by October 9, 2009; and

Dispositive motions:  January 29, 2010.

Dated this 26th day of August, 2009.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch
Senior U.S. District Court Judge