IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02122-RPM

SAIPHIN CHAMROON,
NITAYA DENNIS,
DAWN PATTI,

    Plaintiffs,

v.

PEAK MEDICAL COLORADO NO. 3, INC., a Delaware Corporation d/b/a
BEAR CREEK NURSING AND REHABILITATION CENTER,
SUN HEALTHCARE GROUP, INC. a Delaware Corporation, and
SUNBRIDGE HEALTHCARE CORPORATION, a New Mexico Corporation,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

After review of the parties' Stipulation of Dismissal with Prejudice, filed November 9, 2009 [23], it is

ORDERED that this civil action is dismissed with prejudice, each party to be responsible for her or its own costs and attorney fees.

Dated: November 9th, 2009

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge